UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>        Petitioner,<br><br>v.<br><br>THE PEOPLE OF CALIFORNIA, et al.,<br><br>        Respondent.<br>_____/ | 1:07-cv-00852-AWI-TAG (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **June 18, 2007**                      **/s/ Theresa A. Goldner**
                                                                                              UNITED STATES MAGISTRATE JUDGE