1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAUL JOSEPH MALDONADO,                          1:07-cv-00852-AWI-TAG (HC)

            Petitioner,

v.                                                                    **ORDER AUTHORIZING**
                                                                      **IN FORMA PAUPERIS STATUS**

THE PEOPLE OF CALIFORNIA, et al.,

            Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 18, 2007**                                    _____**/s/ Theresa A. Goldner**_____
_____                                                            UNITED STATES MAGISTRATE JUDGE