# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | 1:07-cv-00852-AWI-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO CHANGE NAME OF RESPONDENT (Doc. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT TO DERRAL G. ADAMS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 31, 2008, pursuant to an order of the Court, Petitioner moved to amend his petition to substitute for "The People of the State of California" the name of the warden or director of Petitioner's present place of confinement, who is the individual who has day-to-day control of Petitioner. (Doc. 8). The Court notes that Derral G. Adams is the current warden of Corcoran State Prison, where Petitioner is currently housed. Rule 25 of the Federal Rules of Civil Procedure allows the successor of a public office to automatically be substituted as a party.

Accordingly, the Clerk of Court is DIRECTED to change the name of Respondent to Derral G. Adams.

IT IS SO ORDERED.

Dated:   **August 7, 2008**                                              /s/ Theresa A. Goldner
                                                                          UNITED STATES MAGISTRATE JUDGE